UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
CHARLES J. ANTHONY, SR.,

                          Plaintiff,

    -v-                               5:15-CV-0451
                                        (DNH/TWD)

HEATHER BROCKWAY,

                          Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
APPEARANCES:

CHARLES J. ANTHONY, SR.
Plaintiff, *Pro se*
8819 Gaskin Road
Clay, NY 13041

DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

Pro se plaintiff Charles J. Anthony, Sr. brought this civil rights action pursuant to 42 U.S.C. § 1983. On September 4, 2015, the Honorable Thérèse Wiley Dancks, United States Magistrate Judge, advised by Report-Recommendation that plaintiff's second amended complaint be dismissed without leave to amend pursuant to 1915(e)(2)(B)(ii) for failure to state a claim. Plaintiff submitted objections to the Report-Recommendation. See ECF No. 17.

Based upon a de novo review of the portions of the Report-Recommendation to which plaintiff objected, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is ORDERED that:

1. Plaintiff's second amended complaint (ECF No. 12) is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. 1915(e)(2)(B)(ii); and

2. The Clerk serve a copy of this Decision and Order upon plaintiff in accordance with the Local Rules.

The Clerk of the Court shall enter judgment and close this case.

IT IS SO ORDERED.

_____
United States District Judge

Dated: September 30, 2015
Utica, New York